IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 311-001 |
| | ) | |
| ERIC R. LOWE | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motions to dismiss are **DENIED AS MOOT**. (Doc. nos. 21, 24.)

SO ORDERED this 29th day of June, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE