IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 311-001 |
| | ) | |
| ERIC R. LOWE | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motions to suppress filed by Defendant Lowe are **DENIED**. (Doc. nos. 20, 25.)

SO ORDERED this 12th day of July, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE